### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Stacey Wigent | : | Chapter 13 |
| | : | Case No.: 22-11394-MDC |
|    Debtor(s) | : | |

### ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY

     **AND NOW,** this _____ day of _____, 2022, upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

     **ORDERED,** that the debtor is granted permission to sell their real property located at 506 Sylvan Way, Aldan, PA 19018 ("Property"), for the sale price of $259,000.00 pursuant to the terms of a certain real estate agreement of sale dated as of October 18, 2022, to the buyer thereunder, Marina Isaac ("Buyer"), who have been represented to be purchasing the Property at arms-length.

     The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $1,295.00 |
| 2. | Liens paid at closing- | $174,000 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $2,590.00 |
| 4. | Property repairs, if any | $_____ |
| 5. | Real estate commission, at no greater than 6% | $15,540.00 |
| 6. | Attorney's fees, if any | $_____ |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $_____ |

| | | |
|---|---|---:|
| 8. | Other - Seller Assist | $4,000.00 |
| | ESTIMATED AMT DUE TO SELLER(S) | $61,575.00 |

This Order is contingent upon the mortgage lien(s) held by US Bank c/o Rushmore Loan Management Services or its assigns being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff shall be approved by US Bank c/o Rushmore Loan Management Services; and Debtor shall have ninety (90) days from entry of this Order to sell the Property.

After paying all liens in full and all costs of sale, the title clerk shall pay to Kenneth West, Chapter 13 standing trustee the amount necessary to payoff the balance of the filed unsecured claims at 100%, excluding student loans, plus all administrative expenses relating to the Chapter 13 filing. All remaining sale proceeds shall be paid to the Debtor

US Bank c/o Rushmore Loan Management Services (Proof of Claim #7-1) shall file amended proofs of claims upon receiving sale proceeds in satisfaction of their secured claims and interests.

The title clerk shall fax ((215) 627-6299) a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE