**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Stacey Wigent | : | Chapter 13 |
| | : | Case No.: 22-11394-MDC |
| Debtor(s) | : | |

## **CERTIFICATE OF SERVICE**

I, Brad J. Sadek, Esq., certify that on November 10, 2022 a true and correct copy of the Debtors' Expedited Motion to Sell Property and Notice of Expedited Hearing was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Trustee**
Chapter 13 Trustee
Electronic Mail

| **Mary Beale** | **Jacqueline Talpa** |
| --- | --- |
| Agent on behalf of Buyer; | Agent on behalf of Seller; |
| *BHHS Fox & Roach* | *Century 21 Advantage Gold - Roosevelt* |
| Electronic service to mary.beale@foxroach.com | Electronic service to jtalpa@gmail.com |
| **Jason Brett Schwartz, Esq.** | |
| Counsel on behalf of Mortgagee, *Rushmore Loan Management Services* | |
| Electronic service to jschwartz@friedmanvartolo.com | |

Dated: November 10, 2022

/s/ Brad J. Sadek
Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008